# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SCOTT ENOCHS and TAMMY WILLIAMS, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:26-CV-47 |
| DOMTAR PAPER COMPANY, LLC, | ) ) | |
| Defendant. | ) ) ) ) | |

## ORDER

Plaintiffs filed a Motion for the admission of Steven D. Liddle, Esq. *pro hac vice* in this action [Doc. 10]. The Motion [Doc. 10] is **GRANTED**. Counsel **MUST** register immediately as an E-Filer in this district. The registration instructions can be found at the Court's website, www.tned.uscourts.gov, under "For Attorneys" and "Electronic Case Filing."

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge