# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee

| | |
|---|---|
| SCOTT ENOCHS and TAMMY WILLIAMS, on behalf of themselves and all others similarly situated <br><br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> DOMTAR PAPER COMPANY, LLC <br> d/b/a KINGSPORT MILL <br><br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:26-cv-00047 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOMTAR PAPER COMPANY, LLC
d/b/a KINGSPORT MILL
R/A: National Registered Agents, Inc.
300 Montvue Rd.,
Knoxville, TN 37919-5546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas R. Greer
6256 Poplar Avenue
Memphis, TN 38119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 11, 2026

_____
Signature of Clerk or Deputy Clerk

Civil Action No. 2:26-cv-00047

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* NATIONAL REGISTERED AGENTS , who is

designated by law to accept service of process on behalf of *(name of organization)* DOMTAR

PAPER COMPANY, LLC on *(date)* 4-6-26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-13-26

_____
Server's signature

MARK DECLERCK OFFICE ADMIN
Printed name and title

975 E. JEFFERSON AVE
DETROIT, MI 48207
Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Domtar Paper Company, LLC
c/o National Registered Agents, Inc.
300 Montvue Rd.
Knoxville, TN  38119

9590 9402 1821 6074 2512 01

2. Article Number *(Transfer from service label)*

7016 0750 0000 9571 6358

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
APR 06 2020

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt